UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, : *Plaintiff*, : vs. : : VON CHRISTOPHER CUMMINGS, : PARAMOUNT FINANCIAL PARTNERS, L.P., : PARAMOUNT CAPITAL :   MANAGEMENT, L.L.C., : JOHN A. RYAN, : KEVIN L. GRANDY, : JAMES CURTIS CONLEY, : KEVIN D. HIGHTOWER, : JOHN E. HAWLEY, JR., : MICHAEL L. VOGT, : OMAR BENAOUDA : *Defendants,* : : GORDON LENDING CORP., : GORDON L. YOCOM, : AND PATRICK SUSEMIHL, : *Relief defendants.* : | No. C2 02 629 (Graham J., Kemp M.J.) |

**PLAINTIFF COMMISSION'S NOTICE OF FILING OF SIGNED CONSENTS**

The plaintiff United States Securities and Exchange Commission herby files copies of the signed consents by all the remaining defendants, Von Christopher Cummings, Paramount Financial Partners, L.P. Paramount Capital Management, L.L.C., John A. Ryan, Kevin L.

1

Grandy, James Curtis Conley, Kevin D. Hightower, John E. Hawley, Jr., Michael L. Vogt, Omar Benaouda, Gordon Lending Corp., Gordon L. Yocom, And Patrick Susemihl.

                                      Respectfully submitted,

                                      _____
                                      Carl A. Tibbetts (Ct 3248)
                                      Assistant Chief Litigation Counsel
                                      **U.S. Securities & Exchange Commission**
                                      450 Fifth St., N.W., Stop 9-11
                                      Washington, D.C. 20549-0911
                                      Telephone:  (202) 942-4817
                                      Facsimile:  (202) 942-9581

Dated: September 17, 2004, at Washington, D.C.